U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 15 2011
CLERK, U.S. DISTRICT COURT
by_____
       Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| EDMOND STOVALL, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:10-CV-180-A |
| § | |
| MICHAEL J. ASTRUE, § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

ORDER

On April 4, 2011, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R") that the decision of defendant, Michael J. Astrue, Commissioner of Social Security Administration, ("Commissioner") that plaintiff, Edmond Stovall, is not disabled under sections 216(i) and 223(d) of the Social Security Act be affirmed. The magistrate judge fixed a deadline for service and filing of objections to the FC&R. Plaintiff timely filed objections, to which defendant responded. After having reviewed the FC&R, the record, plaintiff's objections, defendant's response thereto, and applicable legal authorities, the court has concluded to follow

the magistrate judge's recommendation and to adopt the magistrate judges proposed findings and conclusions. Therefore,

The court ORDERS that Commissioner's decision that plaintiff is not disabled under sections 216(i) and 223(d) of the Social Security Act be, and is hereby, affirmed.

SIGNED June 15, 2011.

JOHN McBRYDE
United States District Judge